█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOENATHAN WILSON, Appellant. [694 NYS2d 538] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of attempted murder in the second degree (Penal Law §§ 110.00, 125.25 [1]), assault in the first degree (Penal Law § 120.10 [1]), and criminal possession of a weapon in the fourth degree (Penal Law § 265.01 [1]). There is no merit to defendant's contention that Supreme Court erred in admitting in evidence photographs of the crime scene or the victim. Those photographs were relevant on the issue of intent (*see generally, People v Pobliner,* 32 NY2d 356, 369-370, *rearg denied* 33 NY2d 657, *cert denied* 416 US 905). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Hayes, Pigott, Jr, Scudder and Balio, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO MEDINA, Appellant. [691 NYS2d 810] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the guilty plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that the plea allocution was deficient (*see, People v Lopez,* 71 NY2d 662, 665), and the "plea allocution does not qualify for the narrow, 'rare case' exception to the preservation doctrine" (*People v Toxey,* 86 NY2d 725, 726, *rearg denied* 86 NY2d 839, quoting *People v Lopez, supra,* at 666). Defendant also failed to preserve for our review his contention that he was improperly sentenced as a second felony offender (*see, People v Pellegrino,* 60 NY2d 636, 637; *People v Harris,* 246 AD2d 401, *lv denied* 91 NY2d 925; *People v Perez,* 245 AD2d 143, *lv denied* 91 NY2d 944). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.